**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

       Plaintiff,

    v.

Srinivas Kancha,

       Defendant,

       and

  The Vanguard Group, Inc.,

       Garnishee.

Civil Action No.: 5:26-cv-78 (FJS)

**APPLICATION FOR WRIT OF**
**CONTINUING GARNISHMENT**

The United States of America applies, pursuant to 28 U.S.C. § 3205(b)(1), for a Writ of Continuing Garnishment upon the judgment entered against defendant Srinivas Kancha, whose social security number is xxx-xx-4180.  The last known address of the defendant is in Selkirk, NY.[1]

Srinivas Kancha pled guilty on March 5, 2025, to one count of Conspiracy to Commit Wire Fraud.  *See* Criminal Action No. 1:25-cr-22, Amended Judgment (ECF No. 90) dated October 9, 2025.  The Court entered a judgment against Srinivas Kancha and ordered restitution to be paid in the amount of $130,000.00.  *See id.*

More than 30 days has passed since the United States demanded payment of this debt, yet the balance has not been paid.  As of January 16, 2025, the defendant owes $116,118.72 in restitution.

---

[1] Pursuant to Local Rule 5.2(a), the defendant's social security number has been redacted to the last four digits and the home address has been redacted to the city and state.

Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of Srinivas Kancha's property and rights to property.  To enforce the judgment, the United States requests that a Writ of Continuing Garnishment be issued for service upon The Vanguard Group, Inc., Attn: Office of the General Counsel - 100 Vanguard Boulevard – M35, Malvern, PA 19355 (Garnishee). The United States believes the Garnishee has possession, custody, or control of substantial nonexempt property belonging to or due to Srinivas Kancha, including nonexempt funds held in a 401(k) account.  No later than the time the post judgment remedy is put into effect, pursuant to 28 U.S.C. § 3202(c), the United States will serve Srinivas Kancha, and each person whom the United States has reasonable cause to believe has an interest in the property subject to the attached Writ of Continuing Garnishment, which meets the requirements of 28 U.S.C. § 3205.

Dated:  January 16, 2026

Respectfully submitted,

_____/s/_____
TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By:    _/s/ Melissa O. Rothbart_____
Melissa O. Rothbart (Bar No. 700723)
Assistant United States Attorney
United States Attorney's Office
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261
Phone: (315) 448-0672
Email: Melissa.Rothbart@usdoj.gov

**SO ORDERED:**

Dated:  _____, 2026

_____
UNITED STATES MAGISTRATE JUDGE