**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

      Plaintiff,

   v.

Srinivas Kancha,

      Defendant,

     and

The Vanguard Group, Inc.,

      Garnishee.

Civil Action No.:5:26-cv-78 (FJS)

**WRIT OF CONTINUING GARNISHMENT**

TO:   The Vanguard Group, Inc.,
       Attn: Office of the General Counsel
       100 Vanguard Boulevard, M35
       Malvern, PA 19355

An application for a Writ of Continuing Garnishment against the property of defendant, Srinivas Kancha, whose social security number is xxx-xx-4180 and having a last known address in Selkirk, NY, has been filed with this Court.  On October 9, 2025, the Court entered an Amended Judgment against Srinivas Kancha, Criminal Action No. 1:25-cr-22, in the amount of $130,000.00 in restitution.  As of January 16, 2026, the defendant owes $116,118.72 in criminal monetary penalties.

You are required by law to withhold and retain any property in which Srinivas Kancha has a substantial nonexempt interest and for which you have or may become indebted to Srinivas Kancha pending further order.  You are required by law to file a written answer, under oath, within 10 days of service of this Writ, stating whether or not you have in your custody, control or possession, any property belonging or owed to Srinivas Kancha, including, but not limited to,

nonexempt funds held in a 401(k) account.  Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this Writ with the Clerk of Court, United States District Court for the Northern District of New York, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367, and send a copy of your Answer to Srinivas Kancha and the United States Attorney's Office, 445 Broadway, Albany, NY 12207, Attn: Financial Litigation Program.  *See* 28 U.S.C. § 3205(c).  A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed, and account number(s) must be redacted accordingly.

If you fail to answer or withhold property in accordance with this Writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the Writ.  If you fail to appear or do appear and fail to show good cause why you failed to comply with the Writ, the court shall enter a judgment against you for the value of Srinivas Kancha's nonexempt interest in the property.

It is unlawful to pay or deliver to Srinivas Kancha any items attached by this Writ.  Do not deliver the property to the Clerk of Court yet.  Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Dated: _____, 2026

_____
CLERK OF THE COURT