# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

United States of America,

       Plaintiff,

    v.

Srinivas Kancha,

       Defendant,

       and

The Vanguard Group, Inc.,

       Garnishee.

Civil Action No.: 5:26-cv-78 (FJS)

**CLERK'S NOTICE OF WRIT OF CONTINUING GARNISHMENT**

TO:    Srinivas Kancha
        Selkirk, NY 12158

You are notified, pursuant to 28 U.S.C. § 3202, that your nonexempt property is being taken by the United States of America (the "Government"), which has a judgment against you in the amount of $130,000.00 (Criminal Action No. 1:25-cr-22). The balance due as of January 16, 2026, is $116,118.72.

Further, you are notified that there are exemptions under the law which may protect some of this property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the only exemptions that apply to the enforcement of judgments for criminal restitution under 18 U.S.C. § 3613.

You have a right to ask the Court to return your property if you think that you do not owe the debt to the Government, or if you think the property the Government seeks qualifies under an applicable exemption. If you want a hearing, you must notify the Court not later than 20 days after you receive this notice. You must make your request in writing, and mail or deliver it to the Clerk, United States District Court, Northern District of New York, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367.

If you wish, you may use this notice to request a hearing by checking the box at the end of this form and filing it with the Clerk's Office.  You must also send a copy of your request for a hearing to the United States Attorney's Office, 445 Broadway, Albany, NY 12207, Attn: Financial Litigation Program.  The hearing will take place within ten days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.  At the hearing, you may explain to the judge why you think you do not owe the money to the Government or why you believe the property the Government has taken is exempt.  If you do not request a hearing, your property may be delivered to the Clerk of Court and applied to the debt you owe.

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that the Court transfer this proceeding to take your property to the federal judicial district in which you reside.  You must make your request in writing, and mail or deliver it to the Clerk, United States District Court, Northern District of New York, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367.  You must also send a copy of your request for a transfer to the United States Attorney's Office, 445 Broadway, Albany, NY 12207, Attn: Financial Litigation Program.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court.  The Clerk is not permitted to give legal advice but can refer you to other sources of information.

_____
CLERK OF THE COURT


**— TURN PAGE FOR EXEMPTION CLAIM AND REQUEST FOR HEARING FORM —**