**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

        Plaintiff,

    v.

Srinivas Kancha,

        Defendant,

        and

The Vanguard Group, Inc.,

        Garnishee.

Civil Action No.: 5:26-cv-78 (FJS)

**EXEMPTION CLAIM(S) &**
**REQUEST FOR HEARING**

TO:    Clerk
       United States District Court
       Northern District of New York
       Federal Building
       P.O. Box 7367, 100 South Clinton Street
       Syracuse, New York 13261-7367

_____ I request a hearing and claim that the exemption(s) from enforcement of the judgment checked below apply to the garnishment in this case:

**EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)**

_____  1.    **Wearing apparel and school books**;

_____  2.    **Fuel, provisions, furniture, and personal effects** not to exceed **$11,980** in value;

_____  3.    **Books and tools of a trade, business, or profession** not to exceed **$5,990** in value;

_____  4.    **Unemployment benefits** in any amount;

_____  5.    **Undelivered mail** to the addressee;

_____  6.    **Certain annuity and pension payments** - Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code;

\_\_\_\_\_ 7.    **Workmen's Compensation** in any amount;

\_\_\_\_\_ 8.    **Judgments for support of minor children** if entered by a court of competent jurisdiction prior to the date of levy to contribute to the support of his minor children, so much of the debtor's salary, wages, or other income as is necessary to comply with such judgment;

\_\_\_\_\_ 9.    **Certain service-connected disability payments** in any amount payable as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under – (A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38;

\_\_\_\_\_ 10.    **Assistance under Job Training Partnership Act** in any amount under 29 U.S.C. § 1501, *et seq.*;

\_\_\_\_\_ 11.    **Minimum exemptions for wages, salary, and other income** - *The exemptions in the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings automatically apply and do not need to be claimed.* The aggregate disposable earnings of an individual for any workweek subjected to garnishment may not exceed (1) 25% of disposable earnings for that week, or (2) the amount by which disposable earnings for that week exceed 30 times the federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

\_\_\_\_\_ I request a court hearing to decide the validity of my claim(s). Notice of the hearing should be mailed to me at the following address:

| | |
|---|---|
| **Name of Debtor or Claimant** | |
| **Address** | |
| **Telephone Number** | |
| **Cell Phone Number** | |
| **E-mail Address** | |

I swear under penalty of perjury the statements made in this claim of exemptions and request for hearing are true and correct.

_____

**Signature of Debtor or Claimant**

_____

**Date**