**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Srinivas Kancha,<br><br>   Defendant,<br><br>   and<br><br>The Vanguard Group, Inc.,<br><br>   Garnishee. | Civil Action No.:5:26-cv-78 (FJS)<br><br><br>**ANSWER OF THE GARNISHEE** |

I, _____, the _____ of the Garnishee
     (name)          (title)

_____ , state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[__] An individual doing business in the name of _____.
[__] A partnership, [__] LP, [__] LLP or [__] LLC
[__] A corporation, organized under the laws of the State of _____.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:

[__] facsimile at (___) _____-_____ and/or
[__] e-mail at _____and/or
[__] first class mail / FedEx at _____

_____.

On _____, 2026, Garnishee was served with a Writ of Continuing Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtors:

1.      **Financial Accounts**

For any pension or retirement plan Accounts, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

**<u>Account 1</u>**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**<u>Account 2</u>**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**<u>Account 3</u>**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**<u>Account 4</u>**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**<u>Account 5</u>**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**<u>Account 6</u>**

Type: _____

No. _____

Title Owner(s): _____

Amount: $ _____

**<u>Account 7</u>**

Type: _____

No.: _____

Title Owner(s): _____

Amount: $_____

**<u>Account 8</u>**

Type: _____

No.: _____

Title Owner(s): _____

Amount: $_____

2.      **Safety Deposit Box**

Box No.: _____

Last accessed: _____

Owners other than the judgment debtor(s):

_____

_____

3.  Detail other personal property in the garnishee's possession, custody, or control:

_____

4.   Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [ ] Yes or [ ] No; if the answer is yes, describe below (case number, state, county):

_____

5.   Does the garnishee have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtors have an interest?  [ ] Yes or [ ] No
If the answer is yes, describe below:

_____.

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

6.   Check and complete the applicable line below:

[ ]  Garnishee has the following objections, defenses, or set-offs:

_____

_____

[ ] On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendants, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

GARNISHEE is **required** to mail a copy of this Answer by first-class mail to the following:

(1) the judgment debtor, Srinivas Kancha;

(2) Clerk, United States District Court, Northern District of New York, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367; and

(3) Financial Litigation Program, U.S. Attorney's Office, 445 Broadway, Albany, NY 12207;

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 2026.


_____     _____
(Signature)                                                    (Print Name)

Title _____

Address _____

City, State, Zip _____

Telephone and Fax Numbers _____

Email _____


STATE OF _____
COUNTY OF _____

Subscribed and sworn to before me this _____ day of _____, 2026.

_____     My Commission expires:_____
Notary Public Signature                                                   (Seal)