**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

　　　　　Plaintiff,

　　v.

Srinivas Kancha,

　　　　　Defendant,

　　　　and

　The Vanguard Group, Inc.,

　　　　　Garnishee.

Civil Action No.: 5:26-cv-78 (FJS)

**NOTICE OF GARNISHMENT AND**
**INSTRUCTIONS TO GARNISHEE**

　　　　The enclosed Writ of Continuing Garnishment and supporting documents are served on you pursuant to 18 U.S.C. § 3613, and the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §§ 3202 and 3205. **Within 10 days after being served, the institution must file an original Answer to the Writ with the Clerk of Court and send a copy to this office and the judgment debtor (an Answer Form is enclosed for your convenience).** You must retain any nonexempt property in your possession until further order of the Court (a list of the property exempt from garnishment is provided in the enclosed Clerk's Notice).

　　　　Please withhold all nonexempt property until further notice, but do not disburse the withholdings to anyone until you receive a court order to do so. You will be notified when a final order of garnishment is entered.

　　　　**If you fail to Answer this Writ or to withhold property in accordance with the Writ, the Court may make you liable for that amount of the judgment debtor's property which you failed to withhold. Additionally, you may be held liable for attorneys' fees if the United**

**States files a petition to the Court requesting an explanation for your failure to comply with this Writ.**

Please note that your answer will be publicly filed.  As such, account numbers and personal identifying information should be redacted accordingly.

Dated:  January 16, 2026

Very truly yours,

/s/

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By:     */s/ Melissa O. Rothbart*
Melissa O. Rothbart (Bar No. 700723)
Assistant United States Attorney
United States Attorney's Office
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261
Phone: (315) 448-0672
Email: Melissa.Rothbart@usdoj.gov